[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 266.]

THE STATE OF OHIO, APPELLEE, *v*. LACY, APPELLANT.

[Cite as *State v. Lacy*, 1998-Ohio-469.]

*Criminal law—Sex offenses—Evidence—Expert witness's testimony that the behavior of an alleged child victim of sexual abuse is consistent with behavior observed in sexually abused children is admissible under the Ohio Rules of Evidence.*

(No. 97-100—Submitted February 18, 1998—Decided March 18, 1998.)

APPEAL from the Court of Appeals for Butler County, No. CA95-12-221.

_____

*John F. Holcomb*, Butler County Prosecuting Attorney, and *Barbara L. Schneider*, Assistant Prosecuting Attorney, for appellee.

*Thomas G. Eagle Co., L.P.A.*, and *Thomas G. Eagle*, for appellant.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Stowers* (1998), 81 Ohio St.3d 260, 690 N.E.2d 881, decided today.

MOYER, C.J., F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents

RESNICK and PFEIFER, JJ., dissent for the reasons stated in Justice Resnick's dissenting opinion in *State v. Stowers* (1998), 81 Ohio St.3d 260, 263-266, 690 N.E.2d 881, 884-886.

_____